



**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

DONNA A. CANFIELD
phone: (212) 788-87
fax: (212) 788-8
mobile: (917) 573-3480
email: dcanfiel@law.nyc.gov

June 26, 2008

**BY HAND DELIVERY**

Shira A. Scheidlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

    Re:  <u>Vandermark et al. v. City of New York et al.</u>
         Civil Action Number: 08 CV 5332
         City Number: 2008-022238

Dear Judge Scheidlin:

       I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the City of New York Department of Environmental Protection ("DEP") and the Water Board for New York City ("Water Board") (hereinafter "City defendants") in the above-referenced matter. I write, with the consent of plaintiffs' counsel and counsel for co-defendant Local 300, SEIU, to request a sixty day extension of time to answer or otherwise respond to plaintiffs' Complaint from July 1, 2008 to September 1, 2008. City defendants were served with the Complaint on June 11, 2008. Accordingly, City defendants' response is currently due July 1, 2008.

       Plaintiffs, 132 Environmental Police Officers employed by the DEP and their collective bargaining agent, the Law Enforcement Employees Benevolent Association ("LEEBA"), bring claims pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, et seq.; the Age Discrimination in Employment Act ("ADEA"), as amended, 29 U.S.C. § 621 et seq.; Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000 et seq.; the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. § 201 et seq.; 42 U.S.C. §§ 1981 and 1983 et seq.; the Racketeer Influenced Corrupt Organization Act ("RICO"), 18 U.S.C. § 1962, et seq.; the Workers Adjustment and Retraining Notification Act, 29 U.S.C. § 2101, et seq.; The Clean Water Act, 33 U.S.C.S. §§ 1251 et seq.; the New York State

Honorable Shira A. Scheidlin
June 26, 2008
Page 2


Constitution, Art. V Section 6; and New York State Civil Service Law §§ 52, 61 and 75.  City defendants are requesting this extension in order to afford this office the opportunity to properly investigate the numerous allegations contained in the Complaint so that the City is able to prepare an appropriate response.  This is City defendants' first request for an extension of time.


        For these reasons, City defendants respectfully request an extension of time to answer or otherwise respond to plaintiffs' Complaint until September 1, 2008.

        I thank the Court for its consideration of this request.


        Respectfully submitted,

        Donna A. Canfield
        Assistant Corporation Counsel
        dcanfiel@law.nyc.gov


cc:    Richard J. Merritt
       *Attorney for Plaintiffs*
       2 Birs Avenue
       Lindenhurst, NY 11757
       (By Facsimile: 631-593-8073)

       Joel Spivak
       Mirkin & Gordon, PC
       *Attorneys for Defendant Local 300 SEIU*
       98 Cuttermill Rd.
       Great Neck, N.Y. 11021
       (By Facsimile: 516-829-3946)

*[Handwritten notation:]*
The City Defendants' request is granted. The City Defendants may answer or respond to plaintiffs' complaint by September 1, 2008.

Date: June 27, 2008

SO ORDERED

Shira A. Scheindlin, USDJ