UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHALL VANDERMARK, ET AL<br><br>       Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, DEPARTMENT OF ENVIRONMENTAL PROTECTION, WATER BOARD FOR NEW YORK CITY AND LOCAL 300 SEIU,<br><br>       Defendants. | Case No. 08 CV 5332<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Local 300 SEIU (private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

      SERVICE EMPLOYEES INTERNATIONAL UNOIN, AFL-CIO

Dated: Great Neck, New York
   July 1, 2008        Respectfully submitted,

               MIRKIN & GORDON, P.C.
               Attorneys for Defendant SEIU Local 300
               98 Cutter Mill Road, Suite 310N
               Great Neck, NY 11021
               (516) 466-6030

                 /s/ Joel Spivak
              By:_____
               JOEL SPIVAK (JS 0960)

-2-

TO:   Richard J. Merritt, Esq.
      Attorney for Plaintiff
      2 Birs Avenue
      Lindenhurst, NY 11757
      (631) 412-5526

      NYC Law Department
      Labor & Employment Law Division
      Attn: Donna Canfield, Esq.
      100 Church Street
      New York, NY 10007
      (212) 788-0895

-2-