**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARSHALL VANDERMARK, ET AL

                  Plaintiff,

    -against-

CITY OF NEW YORK, DEPARTMENT OF ENVIRONMENTAL PROTECTION, WATER BOARD FOR NEW YORK CITY AND LOCAL 300 SEIU,

                  Defendants.

Case No. 08 CV 5332

**NOTICE  OF**
** APPEARANCE**

S I R S :

    PLEASE TAKE NOTICE, That the Defendant, Service Employees International Union Local 300, hereby appears in the above entitled action, and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:    Great Neck, New York
             July 7, 2008

                     Respectfully submitted,

                     MIRKIN & GORDON, P.C.
                     Attorneys for Defendant SEIU Local 300
                     98 Cutter Mill Road, Suite 310N
                     Great Neck, NY 11021
                     (516) 466-6030

                        /s/ Joel Spivak
               By:_____
                     JOEL SPIVAK (JS 0960)