| | LAW OFFICES | |
|---|---|---|
| SAMUEL MIRKIN (1906-1982) | **MIRKIN & GORDON, P.C.** | OF COUNSEL |
| STEPHEN F. GORDON | *The Atrium* | LUIS F. CANDAL |
| MICHAEL T. HEFFERNAN | | ANDREW S. DONNER |
| DONNA M. CLIFF | 98 CUTTER MILL ROAD | ANDREW F. WALLE, JR. |
| E. LISA FORTE | | JOEL SPIVAK |
| ARTHUR J. DiBERARDINO | GREAT NECK, N.Y. 11021 | LORRAINE RICCA DONNER |
| KATRINA WORRELL BALLARD | | BARRY HONIGMAN |
| HARRIS E. LEVINSON | (516) 466-6030 | JAN H. BROWN |
| BRETT D.M. HERR | (718) 895-7160 | JONATHAN IRONS |
| MATTHEW A. STEELE | TELECOPIER (718) 895-7164 | DORIS E. MORTIS |
| | | SCOTT H. SILLER |
| ALICIA P. FORREST, EXECUTIVE DIRECTOR | | DERRICK GIBBS |
| | | DIANE CICCONE |
| | | DARRYL NICHOLAS |
| | | HILLARY BLUMENTHAL |

July 1, 2008

**VIA HAND DELIVERY**

Hon. Shira A. Scheidlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    RE:  *Vandermark, et al. v. City of New York, et al.*
           Civil Action No. 08-CV-5332
           City No. 2008-022238

Dear Judge Scheidlin:

    Our firm represents Service Employees International Union Local 300, one of the Defendants in the above-captioned matter. I have received Defendant's co-counsel's request for an extension of time to answer or otherwise response to Plaintiff's Complaint from July 1, 2008, to September 1, 2008. Plaintiff also has asserted a Cause of Action against Local 300 under the Employee Retirement Income Security Act. For the reasons set forth in co-counsel's request and in view of my work schedule, I join in the request for an extension of time until September 1, 2008, to respond to Plaintiff's Complaint.

    I thank the Court for your consideration of this request.

                            Very truly yours,

                            MIRKIN & GORDON, P.C.

                            By
                            Joel Spivak, Esq., Of Counsel

JS:er
cc: Richard J. Merritt, Esq.
    (Via Fax 631-593-8073)
    Donna A. Canfield, Esq.
    (Via Fax 212-788-8877)
    SEIU Local 300
    (Via Fax 212-267-1048)
    Stephen F. Gordon, Esq.

[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 7/28/08; RECEIVED CHAMBERS OF JUL 02 2008 JUDGE SCHEINDLIN]

[Handwritten endorsement: Defendant Service Employees International Union Local 300's request is granted. Defendant's time to move or answer plaintiff's complaint is extended from July 1, 2008 to September 1, 2008. SO ORDERED. Date: July 25, 2008. Shira A. Scheindlin, USDJ]