Richard Merritt & Mary Jo Merritt
2 Birs Ave.
Lindenhurst, NY 11757
(631) 412-5526

Hon J. Scheindlin
U.S. District Court
Attn: Mr. Rubinstein

August 4, 2008

JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

Re: Request to Adjourn Scheduling Conference
8:08-CV-0332 Vandermark et al. v. New York City, et al
5332 (SAS)

Dear Hon. J. Scheindlin:

Please accept this letter as a request to adjourn the scheduling conference scheduled for 1630 today. Defendants were each given until September 1, 2008 to answer or move. Since issue has not been joined and because of the nature of the action, a motion under 12 B 6 to dismiss portions of the complaint may be entered.

I respectfully request that the Court adjourn the scheduling conference until after Defendants have entered an answer.

Respectfully yours,

Richard Merritt
Attorney for Plaintiffs

Plaintiff's request is granted. The conference originally scheduled for August 4, 2008 is adjourned to September 2, 2008, at 4:30p.m.

SO ORDERED:

Dated: New York, New York
August 4, 2008

Shira A. Scheindlin
U.S.D.J.