```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARSHALL VANDERMARK, et.al.,

                        Plaintiff,

-against-

CITY OF NY, et.al.,

                        Defendants.
-----------------------------------------------------------X

08 CIVIL 5332 (SAS)

**JUDGMENT**

      Defendants having moved to dismiss, and the matter having come before the Honorable Shira A Scheindlin, United States District Judge, and the Court, on May 4, 2009, having rendered its Opinion and Order granting defendants' motion to dismiss and dismissing the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 4, 2009, defendants' motion to dismiss is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
           May 5, 2009

                                                  J. MICHAEL McMAHON
                                                        Clerk of Court
                                                BY:
                                                        Deputy Clerk



THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____